# Court of Appeals
# of the State of Georgia

ATLANTA,  May 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1543.  CYRIL RAMSLEY v. THE STATE.**

Cyril Ramsley was convicted by jury of rape, armed robbery, and kidnapping with bodily injury.  We affirmed his convictions on direct appeal.  See *Ramsley v. State*, A09A1237 (June 4, 2009). In 2017, Ramsley filed a motion for an out-of-time appeal, which the trial court denied.  Ramsley then filed this direct appeal.  We, however, lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted).  Because Ramsley already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.").  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/01/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*